**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jevon Lee MILES, Defendant–
Appellant.**

**No. 06–10230.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

Christina Brown, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Rene L. Valladares, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

The parties' joint motion for summary reversal and remand is granted. Defendant's sentence is vacated. *See Taylor v. United States*, 495 U.S. 575, 588–89, 110 S.Ct. 2143, 109 L.Ed.2d 607 (1990). This appeal is remanded to the district court for the purpose of re-sentencing defendant.

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

